# SEVENTH COURT OF APPEALS
## SITTING AT TEXAS TECH UNIVERSITY SCHOOL OF LAW
## SET FOR SUBMISSION ON ORAL ARGUMENT MONDAY, FEBRUARY 2, 2015 AT 10:00 A.M.

(Before Justice James T. Campbell, Justice Mackey K. Hancock, Justice Patrick A. Pirtle)

**07-14-00203-CR**   Hermillo Sanchez-Tapia v. The State of Texas   Lubbock County

Joel Cook – Appellant   O/A Requested

Lauren Murphree, Assistant Criminal District Attorney – State   O/A Requested

**07-14-00271-CV**   Anibal J. Duarte-Viera, Edward M. Reiss and Antonio P. Pardo v. Fannie Mae   Bexar County

CECERE PC
J. Carl Cerere   O/A Requested

DEANS & LYONS LLP
(Robert A. McNiel, Kathleen Kilanowski)
– Appellants

WINSTEAD PC
(Talmage Boston, Elisabeth A. Wilson) – Appellee   O/A Requested